Official Form 1 (4/07)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kinser, David A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kinser, Kimberly J** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**AKA Kimberly Johnson** |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-0989** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-0892** |
| Street Address of Debtor (No. and Street, City, and State):<br>**715 N. LAYFAYETTE ST**<br>**Sandwich, IL**<br>ZIP Code **60548** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**715 N. LAYFAYETTE ST**<br>**Sandwich, IL**<br>ZIP Code **60548** |
| County of Residence or of the Principal Place of Business:<br>**Dekalb** | County of Residence or of the Principal Place of Business:<br>**Dekalb** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
- ☐ $0 to $10,000
- ☐ $10,001 to $100,000
- ■ $100,001 to $1 million
- ☐ $1,000,001 to $100 million
- ☐ More than $100 million

Estimated Liabilities
- ☐ $0 to $50,000
- ☐ $50,001 to $100,000
- ■ $100,001 to $1 million
- ☐ $1,000,001 to $100 million
- ☐ More than $100 million

| **Voluntary Petition** | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | **Kinser, David A** <br> **Kinser, Kimberly J** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| :--- | :--- | :--- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| :--- | :--- | :--- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| :--- | :--- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Jacqueline J. Montville**      **December 6, 2007** <br> Signature of Attorney for Debtor(s)              (Date) <br> **Jacqueline J. Montville 6189158** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kinser, David A** <br> **Kinser, Kimberly J** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X /s/ David A Kinser** <br> Signature of Debtor **David A Kinser** <br><br> **X /s/ Kimberly J Kinser** <br> Signature of Joint Debtor **Kimberly J Kinser** <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> **December 6, 2007** <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney** <br><br> **X /s/ Jacqueline J. Montville** <br> Signature of Attorney for Debtor(s) <br><br> **Jacqueline J. Montville 6189158** <br> Printed Name of Attorney for Debtor(s) <br><br> **Jacqueline J. Montville** <br> Firm Name <br><br> **515 Kendall lane** <br> **DeKalb, IL 60115** <br><br> Address <br><br> **Email: blackdog@tbc.net** <br> **(815) 758-8396  Fax: (815) 758-8806** <br> Telephone Number <br><br> **December 6, 2007** <br> Date | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> **X** _____ <br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Northern District of Illinois

In re **David A Kinser**
**Kimberly J Kinser**
Debtor(s)

Case No.
Chapter **13**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

 ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

 ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ David A Kinser**
         **David A Kinser**

Date: **December 6, 2007**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re **David A Kinser**
**Kimberly J Kinser**
Debtor(s)

Case No. _____
Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Kimberly J Kinser**
                               **Kimberly J Kinser**

Date:  **December 6, 2007**

A R CONCEPTS INC.
2320 DEAN ST
SUITE 202
Saint Charles, IL 60175-1068


ALLIANCE ASSET MANAGEMENT, INC
DEPT 5975
PO BOX 1259
Oaks, PA 19456


AMOCO VISA
ASSOCIATES NATIONAL BANK
PROCESSING CENTER
Des Moines, IA 50360-2200


ARROW FINANCIAL SERVICES
PO BOX 469005
Chicago, IL 60646-9005


ASSET CARE, INC
500 PEACHTREE INDUSTRIAL BLVD
Norcross, GA 30071


AURORA EMERGENCY SERVICES
DEPT 77-6447
Chicago, IL 60678


AURORA RADIOLOGY CONSULTANTS
641 E. BUTTERFIELD RD, SUITE407
Lombard, IL 60148


Beneficial Nat Bank USA
200 Somerset Corp Blvd
Bridgewater, NJ 08807


BERNARD G. WOLF DO
1315 N. HIGHLAND AVE
Aurora, IL 60506


Bharthi Rao, M.D.S.C.
316 Anderson Blvd.
Geneva, IL 60134

```
Budget Finance Corp
P.O. Box 425
Aurora, IL 60507-0425


BUDGET FINANCE CORP
44 E. GALENA BLVD
PO BOX 424
Aurora, IL 60507


Capital One
P.O. Box 85520
Internal Zip 12030-163
Richmond, VA 23285-5520


Capital One
P.O. Box 85015
Richmond, VA 23285-5015


Capital One Services
PO Box 30281
Salt Lake City, UT 84130-0281


CBE GROUP
131 TOWER PARK STE 100
PO BOX 2635
Waterloo, IA 50704-2635


Codilis & Associates
15@030 North Frontage road
Suite 100
Willowbrook, IL 60527


CODILIS & ASSOCIATES, P.C.
15W030 NORTH FRONTAGE ROAD
SUITE 100
Willowbrook, IL 60527


COMMUNITY DISPOSAL
PO BOX 6
Sandwich, IL 60548


COSMEQUE
PO BOX 94061
Palatine, IL 60094
```

CROSS COUNTRY BANK
PO BOX 85019
Louisville, KY 40285-5019


DEBT CREDIT SERVICES
2493 ROMIG RD
Akron, OH 44320


DeKalb County Circuit Court Civil
133 West State street
05 CH 57
Sycamore, IL 60178


DeKalb County Collector
110 East Sycamore street
Sycamore, IL 60178


Delnor Community Hospital
300 Randall road
Geneva, IL 60134


Diversified Services Group
5800 East Thomas rd. Suite 107
Scottsdale, AZ 85251


DREYER MEDICAL CLINIC
1870 W GALENA BLVD
PO BOX 1568
Aurora, IL 60506


DREYER MEDICAL CLINIC
PO BOX 2091
Aurora, IL 60507


ELGIN LABORATORY PHYSICIANS
PO BOX 1515
Addison, IL 60101


EMERGENCY TREATMENT SC
900 JORIE BLVD, STE 220
Oak Brook, IL 60523


Equifax
P.O. Box 105314
Atlanta, GA 30348

```
Experian
P.O. Box 2002
Allen, TX 75013


First Premier
900 W. Delaware St.
Sioux Falls, SD 57117-5524


First Premier Bank
601 S. Minnesota avenue
Sioux Falls, SD 57104


GERALD MOORE, ATTORNEY
PO BOX 724087
Atlanta, GA 31139


HSBC Taxpayer Services
P.O. Box 12933
Shawnee Mission, KS 66282-2933


HSBC/TAX
P.O. Box 15524
Wilmington, DE 19850


IL Coll Service, Inc.
3101 W. 95th St Fl 2
Evergreen Park, IL 60805-2406


Jackie Kinser
10346 Galena
Bristol, IL 60512


JC PENNEY
10332 SILVER SPRING DR
Milwaukee, WI 53225


KCA
PO BOX 53
Geneva, IL 60134-0053


Kishwaukee Community Hospital
Route 23 & Bethany Road
Dekalb, IL 60115
```

```
MATCO TOOLS
4403 ALLEN RD
Stow, OH 44224


Med Collections Services
725 S. Wells
Suite 700
Chicago, IL 60607


MIDNIGHT VELVET
1112 7TH AVE
Monroe, WI 53566


MITCHELL M. KAY, ATTORNEY
PO BOX 2374
Chicago, IL 60690-2374


NATIONAL CREDIT ADJUSTER
327 W 4TH AVE
PO BOX 3023
Hutchinson, KS 67501


NATIONWIDE COLLECTION, INC
805 VIRGINIA AVE STE 1
Fort Pierce, FL 34982-5881


NCO FINANCIAL SYSTEMS INC
PO BOX 41417
Philadelphia, PA 19107


NCO FINANCIAL SYSTEMS INC
PO BOX 15630
Wilmington, DE 19850


OLD SECOND BANK
7050 Burroughs drive
Plano, IL 60545


OSF COLLECTIONS
PO BOX 959
Brookfield, WI 53008


PAYTEK
PO BOX 753598
Memphis, TN 38175-3598
```

```
PD RECOVERY INC
PO BOX 22290
Salt Lake City, UT 84123


PLAZA ASSOCIATES
PO BOX 18008
PO Box 2769
Hauppauge, NY 11788-8808


PROVENA MERCY CENTER
PO BOX 8001
Aurora, IL 60507


RECEIVABLES PERFORMANCE
PO BOX 768
Bothell, WA 98041


RMCB
2269 S. Saw Mill River road Bld 3
Elmsford, NY 10523


ROBERT C. GALLEZ
2320 DEAN ST STE 202
Saint Charles, IL 60175


Rockford Mercantile
2502 S. Alpine rd.
Rockford, IL 61108


RUSH COPLEY FAMILY PRACTICE
2020 OGDEN AVE #330
Aurora, IL 60504


RUSH COPLEY MEDICAL
PO BOX 352
Aurora, IL 60507


SNAP-ON CREDIT LLC
Suite 301
950 Technology Way
Libertyville, IL 60048


SNAP-ON CREDIT LLC
950 TECHNOLOGY WAY, SUITE 301
Libertyville, IL 60048
```

STARRETT MEDICAL ASSOC
1300 N. HIGHLAND
Aurora, IL 60506


SWISS COLONY
1112 7TH AVE
Monroe, WI 53566-1364


Transunion
P.O. Box 1000
Crum Lynne, PA 19022


Tri City Radiology
9410 Compubill drive
Orland Park, IL 60462


UNITED COLLECTION BUREAU, INC
5620 SOUTHWYCK BLVD STE 206
Toledo, OH 43614


V.A.S.C.
2320 DEAN ST
Saint Charles, IL 60175


VALLEY AMBULATORY SURGERY CENTER
2210 DEAN ST
Saint Charles, IL 60175


VALLEY IMAGING CONSULTANTS LLC
7808 COLLEGE DR 75E
Palos Heights, IL 60463


Washington Mutual Bank
11200 W Parkland A
P.O. Box 3139
Milwaukee, WI 53224


Wells Fargo Home Mortgage
3476 Stateview Blvd
MAC X7801-01X
Fort Mill, SC 29715


WOMENS HEALTHCARE ASSOC.
2020 OGDEN AVE STE 260
Aurora, IL 60504