Case 07-72969    Doc 44    Filed 09/30/08    Entered 09/30/08 15:35:27    Desc Main
Document      Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DAVID A. KINSER & KIMBERLY J. KINSER  
715 N. LAYFAYETTE STREET  
SANDWICH, IL  60548  

SSN-xxx-xx-0989 & xxx-xx-0892

Case Number: 07-72969

Case filed on: 12/6/2007  
Plan Confirmed on: 2/15/2008  

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,156.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 3,500.00 | 3,500.00 | 601.28 | 0.00 |
|     | Total Legal | 3,500.00 | 3,500.00 | 601.28 | 0.00 |
| 024 | CODILIS & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | DEKALB COUNTY COLLECTOR | 2,009.42 | 2,009.42 | 0.00 | 0.00 |
|     | Total Priority | 2,009.42 | 2,009.42 | 0.00 | 0.00 |
| 999 | DAVID A. KINSER | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | MATCO TOOLS | 7,193.98 | 7,193.98 | 266.00 | 0.00 |
| 004 | SNAP ON CREDIT LLC | 3,440.70 | 3,440.70 | 36.44 | 117.56 |
| 005 | WELLS FARGO HOME MORTGAGE | 137,452.82 | 0.00 | 0.00 | 0.00 |
| 006 | WELLS FARGO HOME MORTGAGE | 17,591.73 | 59.49 | 59.49 | 0.00 |
|     | Total Secured | 165,679.23 | 10,694.17 | 361.93 | 117.56 |
| 001 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DEKALB COUNTY CIRCUIT COURT CIVIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | MATCO TOOLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | SNAP ON CREDIT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | A R CONCEPTS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | A R CONCEPTS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIANCE ASSET MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMOCO VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASSET CARE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | AURORA EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | AURORA RADIOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BENEFICIAL NAT BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | BERNARD G. WOLF DO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | BHARTHI RAO, M.D.S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | BUDGET FINANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | BUDGET FINANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CAPITAL ONE | 431.77 | 431.77 | 0.00 | 0.00 |
| 023 | CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | COMMUNITY DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | COSMEQUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | B-REAL LLC | 926.24 | 926.24 | 0.00 | 0.00 |
| 028 | DEBT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | DELNOR COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | DIVERSIFIED SERVICES GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | DREYER MEDICAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | DREYER MEDICAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ELGIN LABORATORY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | EMERGENCY TREATMENT SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | FIRST PREMIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | GERALD MOORE, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | HSBC TAXPAYER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | HSBC / TAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | IL COLL SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | JACKIE KINSER | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | KCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | KCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | KCA | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 048 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | MED COLLECTIONS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | CREDITORS BANKRUPTCY SERVICE | 343.17 | 343.17 | 0.00 | 0.00 |
| 051 | MITCHELL M. KAY, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | ROUNDUP FUNDING LLC | 520.00 | 520.00 | 0.00 | 0.00 |
| 053 | NATIONWIDE COLLECTION, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | NCO FINANCIAL SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | NCO FINANCIAL SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | OLD SECOND BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | OSF COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | PAYTEK | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | PD RECOVERY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | PROVENA MERCY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | RECEIVABLES PERFORMANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | RMCB | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | ROBERT C. GALLEZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | ROCKFORD MERCANTILE AGENCY INC | 141.17 | 141.17 | 0.00 | 0.00 |
| 066 | RUSH COPLEY FAMILY PRACTICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | RUSH COPLEY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | STARRETT MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | CREDITORS BANKRUPTCY SERVICE | 428.10 | 428.10 | 0.00 | 0.00 |
| 070 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | TRI CITY RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | UNITED COLLECTION BUREAU, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | V.A.S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | VALLEY AMBULATORY SURGERY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | VALLEY IMAGING CONSULTANTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | WASHINGTON MUTUAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | WOMENS HEALTHCARE ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | JACKIE KINSER | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | GALWAY FINANCIAL SERVICES LLC | 500.00 | 500.00 | 0.00 | 0.00 |
| | Total Unsecured | 3,290.45 | 3,290.45 | 0.00 | 0.00 |
| | Grand Total: | 174,479.10 | 19,494.04 | 963.21 | 117.56 |

Total Paid Claimant: $1,080.77
Trustee Allowance: $75.23
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/26/2008      By /s/Heather M. Fagan